1116

BRESLOW, Respondent, v. SOUTHERN TIER MASONIC RELIEF ASS'N, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Sarah Breslow against the Southern Tier Masonic Relief Association. No opinion. Motion for reargument denied, with $10 costs and disbursements. See 94 N. Y. Supp. 787.

BRIDGMAN, Appellant, v. STEIN, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Malcolm L. Bridgman against Theodore G. Stein. C. H. Luscomb, for appellant. H. Brill, for respondent. No opinion. Judgment and order affirmed, with costs.

BRISCOE, Appellant, v. BAKER et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by S. William Briscoe against William F. Baker and others. J. W. Weed, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

BROADWELL, Respondent, v. CONOVER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by William C. Broadwell against Jacob D. Conover.

PER CURIAM. Judgment and order affirmed, with costs.

NASH, J., not sitting.

In re BROOKLYN UNION ELEVATED R. CO. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) In the matter of the petition of the Brooklyn Union Elevated Railroad Company relative to acquiring title, etc. Parcel No. 4, premises 1364–1494 Broadway; James H. Hart, owner. No opinion. Motion to resettle order denied. The order as entered conforms with the decision as made. See 93 N. Y. Supp. 924.

BROWER et al., Respondents, v. NEW YORK MAILING & ADVERTISING CO., Appellant. (Supreme Court, Appellate Term. November 28, 1905.) Appeal from Municipal Court, Borough of Manhattan, Twelfth District. Action by Ogden Brower and another against the New York Mailing & Advertising Company. From a judgment for plaintiffs, defendant appeals. Reversed. Cantwell & Moore, for appellant. Charles De Hart Brower, for respondents.

PER CURIAM. Referring to the determination of this court on a former appeal herein (92 N. Y. Supp. 61), it was said that "the plaintiffs offered no explanation of these letters, and they clearly contradict the plaintiffs' testimony." For aught that appears the same is true on this appeal, for charges in the books of Hindle & Co., and payment by the plaintiffs of the disputed indebtedness, as well as evidence of time by artisans, may hardly be construed as at all explanatory of the positive statements of the plaintiffs, particularly so late as in their letter of April 13, 1904, denying their liability, and so their agreement with the defendant, notwithstanding they pleaded and testify orally to the contrary. Judgment reversed, and a new trial ordered, with costs to appellant to abide the event.

GILDERSLEEVE, J., taking no part.

BROWN, Appellant, v. BROWN, Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by Mortimer S. Brown against Augusta A. Brown. No opinion. Judgment affirmed, with costs.

BROWN v. MANHATTAN R. CO. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Rina F. Brown against the Manhattan Railroad Company. No opinion. Motion denied, with $10 costs.

BUCKMAN, Appellant, v. WARD, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) Action by Frank A. Buckman against Benjamin J. Ward. No opinion. Judgment and order affirmed, with costs.

BUFFALO GAS Co., Appellant, v. VOLZ et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 15, 1905.) Action by the Buffalo Gas Company against Edward G. Volz and others. No opinion. Judgment affirmed, with costs.

In re BULFORD'S ESTATE. (Supreme Court, Appellate Division, First Department. July 7, 1905.) In the matter of the estate of Julia Bulford, deceased. I. H. Harris, for appellant. J. Levy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BULL, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. SMITH v. SAME. (Supreme Court, Appellate Division, Second Department. October 6, 1905.) Actions by Nathaniel Bull and by John R. Smith against the New York & Queens County Railway Company.

PER CURIAM. Interlocutory judgment of the Municipal Court in each case affirmed, with costs, with leave to the defendant to answer within 20 days after the entry of the judgment of affirmance, upon payment of costs and disbursements. Appeal from order overruling demurrer in each case dismissed, without costs.

BUND, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) Action by George M. Bund against the Crosstown Street Railway Company of Buffalo. No opinion. Judgment and order affirmed, with costs.

BUNGARZ, Respondent, v. MONAHAN, Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Gustav Bungarz against Hugh V. Monahan. No opinion. Motion granted, with costs.